377 A.2d 186

Commonwealth v. Shamberger, Appellant.

Commonwealth v. Clark, Appellant.

Submitted December 10, 1976.   David E. Auerbach, Assistant Public Defender, for appellants;  Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

377 A.2d 187

Commonwealth v. Schultz, Appellant.

Submitted March 1, 1976. Robert E. Campbell, Public Defender, for appellant;  Oscar F. Spicer, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.